THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAX LOWENSTEIN, Appellant.— Judgment of conviction of the County Court of Westchester county unanimously affirmed. No opinion. Present — Young, Hagarty, Carswell, Scudder and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENJAMIN MARCUS, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AARON SCHWARTZ, Appellant.— Judgment of conviction and orders of the County Court of Kings county unanimously affirmed, pursuant to the provisions of section 542 of the Code of Criminal Procedure. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARRY C. MEYERS, Appellant, v. LEWIS E. LAWES, Warden of Sing Sing Prison, Ossining, N. Y., and Another, Respondents.— Order reversed on the law, without costs, writ of habeas corpus sustained, and relator discharged from his present custody and remanded to the custody of the authorities of the Institution for Male Defective Delinquents at Napanoch, N. Y. In our opinion, the relator is a mental defective within the meaning of the Mental Hygiene Law, and, as such, was properly committed to the institution at Napanoch, under the provisions of section 438 of the Correction Law as it existed at the time of his commitment. He has never been discharged from that institution, pursuant to the provisions of section 442 of said law, and, while his commitment to that institution remains outstanding, the criminal courts are without jurisdiction to try, convict or sentence him for the crime in question. Young, Hagarty, Carswell and Scudder, JJ., concur; Davis, J., dissents and votes to affirm.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARRY L. ROHRBACH, Respondent, for an Order of Mandamus against HENRY D. COCHRANE, Mayor of the Village of Hastings on Hudson, and Others, Appellants.* — Peremptory mandamus order affirmed, with costs. No opinion. Lazansky, P. J., Young, Tompkins and Davis, JJ., concur; Kapper, J., dissents, being of opinion that whether there should be a " chief " of police as well as other members of a police force was, under the statute, left to the sound discretion of the village officials. There might be but one policeman necessary to police the village.